AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT



for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:14-mj-275-GWF |
| | ) | |
| MARISSA LEWIS | ) | Charging District:   Western District of Tennessee |
| *Defendant* | ) | Charging District's Case No.   2:14-cr-20104-SHM |

FILED ___ ENTERED ___   RECEIVED ___ SERVED ON ___

APR - 8 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  U.S. District Court of the District of  Tennessee<br>Clifford Davis/Odell Horton Federal Building<br>167 North Main Street<br>Memphis, Tennessee 38103 | Courtroom:   6 - 3rd Floor |
| | Date/Time:   04/28/14 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: _____ Apr 8, 2014 _____

_____
Judge's signature

GEORGE W. FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*